Decided October 1, 1996

## STATE OF CONNECTICUT *v.* MARC PIEGER

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 460 (AC 13747), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court, in sentencing the defendant, could impose as part of the sentence or as a condition of probation the payment of a $2500 charitable 'contribution' to New Britain Hospital?"

The Supreme Court docket number is SC 15546.

*Earle Giovanniello* and *Frank J. Riccio*, in support of the petition.

*Lisa Herskowitz*, deputy assistant state's attorney, in opposition.

Decided October 10, 1996